| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| :--- | :---: | :--- |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 47 |
| MATTHEW PETER NELSON, JR. | * | September Term, 2023 |

## O R D E R

After Bar Counsel filed its petition for order transferring respondent to disability inactive status, the Court ordered respondent to show cause why that relief should not be granted. Respondent did not answer the order to show cause. Accordingly, it is this 31st day of May 2024, by the Supreme Court of Maryland,

ORDERED that the petition for order transferring respondent to disability inactive status is granted and respondent, Matthew Peter Nelson, Jr., is transferred to disability inactive status effective immediately, and it is further

ORDERED that the Clerk of this Court shall remove the name of Matthew Peter Nelson, Jr. from the register of attorneys in this Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk